IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LR TRUST, | ) |
| | ) |
| | ) Civil Action No. 2:14-cv-00612 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE MICHAEL H. WATSON |
| | ) |
| NICHOLAS DiPAOLO *et al.*, | ) MAGISTRATE JUDGE KING |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
AND ENTRY OF ACCOMPANYING ORDER FOR NOTICE
<u>AND SCHEDULING OF HEARING ON SETTLEMENT</u>**

PLEASE TAKE NOTICE that Plaintiff LR Trust, respectfully moves, on a date convenient to the Court, for an order: (i) granting preliminary approval of the proposed Settlement in the above-captioned shareholder derivative action as embodied in the Stipulation of Settlement; (ii) conditionally certifying a non-opt out class for settlement purposes and appointing class representatives and class counsel; (iii) approving the proposed form and method for disseminating notice of the Settlement to the Settlement Class; and (iv) setting a hearing for final approval of the Settlement.  This motion is based upon the accompanying memorandum of law attached hereto as Exhibit 1, the Stipulation of Settlement and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider.

DATED: September 25, 2015

                                        Respectfully submitted,

                                        /s/ John C. Camillus_____
                                        John C. Camillus (0077435)
                                        Law Office of John C. Camillus, LLC
                                        P.O. Box 141410
                                        Columbus, Ohio 43214
                                        Telephone: (614) 558-7254
                                        Facsimile:  (614) 559-6731
                                        jcamillus@camilluslaw.com

OF COUNSEL:                           *Counsel for Plaintiff LR Trust*

WEISSLAW LLP
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 683-3025
Facsimile: (212) 682-3010
racocelli@weisslawllp.com
mrogovin@weisslawllp.com
kkeenan@weisslawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ John C. Camillus